466 A.2d 724

Commonwealth v. Ostrum, Appellant.

Submitted July 26, 1983. Howard P. Rovner, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence is affirmed.